IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE | ) | C.A. No. 1:11-337-HMH |
| CORPORATION, as Receiver of | ) | |
| The Bank of Asheville, Asheville, | ) | |
| North Carolina, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| G. GORDON GREENWOOD, | ) | |
| W. EDWARD ANDERSON, STEVEN D. | ) | |
| COGBURN, DARRYL J. HART, CAROL | ) | |
| L. KING, STEVEN L. PIGNATIELLO, | ) | |
| and DAVID N. WILCOX, | ) | |
| | ) | |
| Defendants. | ) | |

The court entered a scheduling order in this case on June 13, 2012. Subsequently, on June 20, 2012, a declaratory judgment action concerning insurance coverage for the wrongful acts alleged in the instant action and defense costs was filed. Anderson v. Cincinnati Ins. Co., 1:12-156-HMH. The dispositive motions deadline in the Anderson case is December 3, 2012, and the court's decision on any dispositive motion impacts the instant case. Therefore, the court suspends the current scheduling order deadlines pending the resolution of the dispositive motions in the Anderson case. The court will issue a new scheduling order at the appropriate time.

1

**IT IS SO ORDERED.**

                                        s/Henry M. Herlong, Jr.
                                        Senior United States District Judge

Greenville, South Carolina
October 31, 2012