IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of The Bank of Asheville, Asheville, North Carolina, | ) ) ) ) ) | C.A. No. 1:11-337-HMH |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| G. GORDON GREENWOOD, W. EDWARD ANDERSON, STEVEN D. COGBURN, DARRYL J. HART, CAROL L. KING, STEVEN L. PIGNATIELLO, and DAVID N. WILCOX, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The parties agree that there are issues in <u>Anderson v. Cincinnati Insurance Co.</u>, C.A. No. 1:12-156-HMH, that need to be resolved prior to continuing with this case.

It is therefore

**ORDERED** that this case is stayed until further order.

**IT IS SO ORDERED.**

                                                 s/Henry M. Herlong, Jr.
                                                 Senior United States District Judge

Greenville, South Carolina
January 30, 2013