IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE | ) | C.A. No. 1:11-337-HMH |
| CORPORATION, as Receiver of | ) | |
| The Bank of Asheville, Asheville, | ) | |
| North Carolina, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| G. GORDON GREENWOOD, | ) | |
| W. EDWARD ANDERSON, STEVEN D. | ) | |
| COGBURN, DARRYL J. HART, CAROL | ) | |
| L. KING, STEVEN L. PIGNATIELLO, | ) | |
| and DAVID N. WILCOX, | ) | |
| | ) | |
| Defendants. | ) | |

The court held a status conference on April 8, 2013. During the status conference, the parties represented to the court that they wished to conduct informal discovery and mediation in this case. Based on the foregoing, the parties are ordered to inform the court of the mediator selected within two weeks of the date of this order. Further, mediation and informal discovery is to be completed within 90 days of the date of this order. Upon completion of the mediation, the parties are to provide a report to the court regarding the outcome of the mediation.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
April 8, 2013