# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Federal Deposit Insurance Corporation**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 1:11-cv-00337-HMH |
| ) | |
| vs. ) | |
| ) | |
| Carol L. King**,** ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2013 Order.

August 23, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court